UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2022__
```

Naftali Konigsberg, *individually and on behalf
of all others similarly situated*,

                                        Plaintiff,

          -against-

I.C. System, Inc, John Does 1-25,

                                        Defendants.

No. 21 CIV 5081 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled (ECF No. 11), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days, by April 15, 2022, with a request that the agreement be "so ordered" by the Court.

Dated:   February 14, 2022
         White Plains, New York

                          SO ORDERED:

                          _____
                          NELSON S. ROMÁN
                          United States District Judge

1